IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:14-CR-132-001 |
| | ) |
| | ) JUDGE JORDAN |
| VIRGIL KEATON | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Virgil Keaton, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Keaton's supervised release should be revoked and that he should receive a sentence of fourteen (14) months imprisonment with no supervised release to follow.

Mr. Keaton agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is III. The advisory guideline range is 8-14 months for "Grade B" violations which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is

sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of fourteen (14) months to be followed by no supervised release.

ENTER this the 9-th day of Nov., 2021.

_____
Honorable Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_____
Cynthia Davidson   by Jonatt Moffatt w/ permission
Assistant U.S. Attorney

_____
Jonathan Moffatt
Attorney for Defendant

V. Keaton.  Virsil Keaton
_____
Virgil Keaton
Defendant

_____
Stevey Griffin   by Jonatt Moffatt w/ permission
U.S. Probation Officer

2